

Entered on Docket
June 24, 2011

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

Wells Fargo Bank, N.A.
10-74378

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In Re:

Alicia Hernandez

              Debtor.

BK-S-10-31091-mkn

MS Motion No. 36
Date: May 4, 2011
Time: 1:30 PM

Chapter 13

## ORDER ON SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ADEQUATE PROTECTION

    Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Debtor and Debtors counsel of record will amend the Chapter 13 Plan to include 2 post petition payments for $875.13 for the December 2010 payment and the January 1, 2011 payment and the two late charges of $27.77 for a total of $1805.80. Debtor's counsel shall file the Amended Chapter 13 Plan timely.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Debtor and Debtors counsel of record will deliver one payment and late charge payment to Secured Creditor within one week from the hearing date for $875.13 and $27.77 for a total of $902.90.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Debtor will cure the remaining 3 post-petition payment arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments(s) at $875.13 | $2,625.39 |
| (March 1, 2011 - May 1, 2011) | |
| 3 Late Charge(s) at $27.77 | $83.31 |
| (March 1, 2011 - May 1, 2011) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees and Costs | $750.00 |
| Total | $3,608.70 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $601.45 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the June 20, 2011 payment and continuing throughout and concluding on or before October 20, 2011. The sixth final payment in the amount of $601.45 shall be paid on or before November 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the June 1, 2011, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 710 Carlos Julio Avenue , Las Vegas, NV 89031, and legally described as follows:

//

Lot Fourteen (14) in Block One (1) of LAS PALMERAS PHASE 1, as shown by map thereof on file in Book 64 of Plats, Page 1, and by those Certificate of Amendments recorded November 23,1994, in Book 941123 as Document No, 01291, and February 8, 1995, in Book 950208 as Document No, 01073 of Official Records, in the Office of the County Recorder of Clark County, Nevada.

TOGETHER WITH a non-exclusive easement of ingress, egress and enjoyment in and to the "Private Streets" and Common Areas" as delineated on the plat of said subdivision, and further described in that certain Declaration of Covenants, Conditions and Restrictions recorded April 18, 1995, in Book 950418, as Document No, 00600, and amended by Instrument recorded April 21, 1995, in Book 950421, as Document No. 01656 of Official Records, in the Office of the County Recorder of Clark County, Nevada

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $150.00, to be paid by the Debtors upon any reinstatement.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

TIFFANY & BOSCO, P.A

By    /S/GREGORY L. WILDE
      GREGORY L. WILDE, ESQ.
      Attorneys for Secured Creditor
      212 South Jones Boulevard
      Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt                          Corey B. Beck

By                                          By   /s/ Corey B. Beck

Kathleen A Leavitt                          Corey B. Beck
Chapter 13 Trustee                          Attorney for Debtors
201 Las Vegas Blvd., So. #200               524 South 8th St.
Las Vegas, NV 89101                         Las Vegas, NV 89101

                                            Nevada Bar No._____

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

**X** I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

**X** approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

**X** approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor